# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>                 Plaintiff,<br><br>                v.<br><br>THE YORKSHIRE GROUP, INC. and SCOTT PLATTO,<br><br>               Defendants. | Case No. 13 Civ. 5323 (RRM)(VP)<br><br>**Plaintiff's Application For Entry of Judgment by Default, Permanent Injunction, and Civil Monetary Penalty Against Defendants The Yorkshire Group, Inc. and Scott Platto**<br><br>ECF Case |

Plaintiff, U.S. Commodity Futures Trading Commission ("Commission"), applies to this Court pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2(b), seeking entry of judgment by default against Defendants The Yorkshire Group, Inc. and Scott Platto. In connection with this application, the Commission respectfully refers the Court to the Memorandum of Points and Authorities in Support of Plaintiff's Application for Entry of Judgment by Default, Permanent Injunction, and Civil Monetary Penalty Against Defendants The Yorkshire Group, Inc. and Scott Platto, and the supporting Declaration of Philip Rix, with exhibits thereto.

2

The Commission respectfully requests that the Court enter the proposed Order for Entry of Judgment by Default, Permanent Injunction, and Civil Monetary Penalty Against Defendants The Yorkshire Group, Inc. and Scott Platto.

Date: December 24, 2013
New York, New York

Respectfully submitted,

U.S. COMMODITY FUTURES TRADING COMMISSION

Manal Sultan
Deputy Director

By:     */s/Karin N. Roth*
Karin N. Roth
Senior Trial Attorney

Division of Enforcement
140 Broadway, 19th Floor
New York, NY 10005
(646) 746-9764
(646) 746-9940 (facsimile)